UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF OREGON

PORTLAND DIVISION

JASON P WRIGHT
JACQUELINE A WRIGHT

Plaintiffs,

v.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER

Et al

AMENDED DEFENDANT LIST

Case No. 3:26-cv-00987- AN

DEFENDANT No. 1
Nationstar Mortgage LLC d/b/a Rushmore Servicing d/b/a MR COOPER d/b/a ROCKET GP LLC
Role/Title: Mortgage Servicer
Street Address: 8950 CYPRESS WATERS BLVD
City and County: COPPELL, TEXAS
State and Zip Code: Texas 78705
Telephone Number: 1-877-888-4608
Email Address (if known): smlinfo@sml.texas.gov

DEFENDANT No. 2
Carrington Mortgage Services LLC
Role/Title: Mortgage Servicer
Street Address: 500 N STATE COLLEGE BLVD SUITES 1030, 1300, 1400
City and County: ORANGE, Orange County
State and Zip Code: California 92868
Telephone Number: 1-800-561-4567
Email Address (if known): customerservice@carringtonms.com

DEFENDANT No. 3
Barclays Bank PLC
Role/Title: Financial Institution / Creditor
ADDRESS: 1 CHURCHILL PL E14 5HP LONDON, UNITED KINGDOM
Street Address: 745 Seventh Avenue
City and County: New York, New York County
State and Zip Code: New York 10019
Telephone Number: 1-212-526-7000
Email Address (if known): corporate.communications@barclays.com

DEFENDANT No. 4
Clear Recon Corporation d/b/a PD RECONVEYANCE & ESCROW
Role/Title: Foreclosure Trustee
Street Address: 3333 CAMINO DEL RIO SOUTH SUITE 225

Street Address: 3333 CAMINO DEL RIO SOUTH SUITE 225
City and County: SAN DIEGO SAN DIEGO COUNTY
State and Zip Code: CALIFORNIA 92108
Telephone Number: 1-858-750-7777
Email Address (if known): info@clearrecon.com

DEFENDANT No. 5
Aldridge Pite LLP
Role/Title: Foreclosure Law Firm
Street Address: 6 PIEDMONT CENTER/ 3525 PIEDMONT RD NE STE 700
City and County: ATLANTA FULTON COUNTY
State and Zip Code: GEORGIA 30305
Telephone Number: 1-877-319-8840
Email Address (if known): info@aldridgepite.com

DEFENDANT No. 6
Razzle Dazzle Properties LLC
Role/Title: buyer from Chandler and Newville / Landlord
Street Address: 8599 HAVEN AVE STE 202
City and County: RANCHO CUCAMONGA SAN BERNADINO COUNTY
State and Zip Code: 1 California, 91730
Email Address (if known): Unknown

DEFENDANT No.7
Chandler and Newville Incorporated
Role/Title: Real Estate Brokerage/INVESTOR/Property flipper
Street Address: 901 N BRUTSCHER ST SUITE D384
City and County NEWBERG YAMHILL COUNTY
State and Zip Code: Oregon 97132
Telephone Number: Unknown
Email Address (if known): Unknown

**Defendant No. 8**
Willcuts Company Realtors (also known as Willcuts Realty)
Role/Title: Real Estate Agency/Del Boca Vista
Street Address: 600 E 2nd Street or PO Box 490
City/County: Newberg, Yamhill County
State and Zip Code: Oregon 97132
Telephone Number: 503-538-8311
Email: N/A

**Defendant No. 9**
Kindred, LLC
Role/Title: Asset/Surplus Recovery/Investor/Real Estate
Street Address: 1000 SW Broadway STE1400
City and County: Portland, Multnomah County
State and Zip Code: Oregon 97205
Telephone: N/A
Email: N/A

**Defendant No.10**
Quick Collect
Role/Title: Debt Buyer/NA
Street Address: 5441 S Macadam Ave STE C
City/County: Portland, Multnomah County
State and Zip Code: Oregon, 97239
Telephone Number: N/A
Email: N/A