# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

**EXHIBIT NO 01**
**Pages 1-9**
**RS Servicing Payment Coupon**
**CMV of Property**
**Proof of Funds**
**Paperwork from C&N and Razzle Dazzle buying property**
**Renee Atkinson notarizing for C&N**

Exhibit 01
Page 1 of 9

✂ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**Rushmore Servicing™**

www.rushmoreservicing.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

JASON WRIGHT
JACQUELINE WRIGHT

| ACCOUNT NUMBER | REINSTATEMENT AMOUNT DUE* | |
|---|---|---|
| 0709787915 | 02/01/2026 | $27,806.80 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO RUSHMORE SERVICING*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 02/17/2026 | $27,806.80 |

| | |
|---|---|
| ADDITIONAL ESCROW | $ |
| **ADDITIONAL PRINCIPAL | $ |
| FEES | $ |
| LENDER PAID EXPENSES | $ |
| ***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*** | |

**All amounts must be paid in full before additional principal can be made.

RUSHMORE SERVICING
PO BOX 650783
DALLAS, TX 75265-0783

91 07097879150 002780680 002780680

~~Exhibit 15~~
~~Page 1 of 1~~

933646.10-YNNNNN-671025361-4420.1

# Comparative Market Value (CMV) Analysis

**Subject Property:** 9449 NE Keyes Ln, Dundee, OR 97115 | **Lot Size:** 5.10 Acres

## Property Valuation Dashboard

| Property Address | Lot Size / Notes | Valuation / Sale Price |
|---|---|---|
| **9449 NE Keyes Ln** | **5.10 Acres (Subject Property)** | **TBD (Target Property)** |
| 19985 NE Fairview Dr | Upper-tier benchmark | $1,597,392 |
| 11000 NE Red Hills Rd | 2.25 Acres (Sold 04/06/2026) | $1,357,000 |
| 9550 NE Keyes Ln | Direct neighbor (Sold 2 years ago) | $1,267,597 |
| 9650 NE Keyes Ln | Neighborhood comp | $1,053,000 |
| 9600 NE Keyes Ln | Neighborhood comp | $1,016,276 |
| 9653 NE Keyes Ln | Neighborhood comp (Sold 5 years ago) | $874,000 |

## Key Valuation Insights & Drivers

- **Acreage Advantage:** Your property at 9449 NE Keyes Ln boasts 5.10 acres. This is more than twice the size of the recently sold 11000 NE Red Hills Rd property (2.25 acres), which pulled a premium market valuation of $1,357,000.
- **Location Premium:** The Red Hills/Dundee area features highly sought-after view land, neighborhood irrigation ponds, and vineyards, heavily supporting upper-tier values like the nearby Fairview Dr property benchmarked at $1,597,392.
- **Proximity Baseline:** Immediate direct neighbors on NE Keyes Ln establish a solid local floor, with values trending upward from $874,000 (historical baseline from 5 years ago) up to $1,267,597 for recent sales.

Import favorites | 7-Day Forecast 45.... | Best

# 30 - Statement Savings

x0931

$18,530.50
Available Balance

$18,530.50
Current Balance

transferred $9,450 - cash

## Transactions

Search | Download

Displaying: Transaction Type: All Transaction Types; Date

| Date | Description |
|---|---|
| Posted | |
| 02/12/2026 | INTERNET XFR TO CHECKG x40 |

COUNTY OF YAMHILL } SS.

I hereby certify this 3 page copy to be a true and complete duplicate of the original record in the Yamhill County Clerk's office located in McMinnville, Oregon. NOT A VITAL RECORD

TRUSTEES DEED

This 15th Day of April A.D. 2026

By: [signature]
Linda Connors - Deputy County Clerk
*Keri Hinton, Yamhill County Clerk*

YAMHILL COUNTY OREGON
THE UNION

After recording return to:
Chandler & Newville, Inc.
901 Brutscher St
Suite D-384
Newberg, OR 97132

Until a change is requested all tax statements
Shall be sent to the following address:

Chandler & Newville, Inc.
901 Brutscher St
Suite D-384
Newberg, OR 97132

Yamhill County Official Records **202602220**
**DMR-DDMR**
Stn=1061 MORRISONK **03/09/2026 04:42:02 PM**
3Pgs $16.00 $11.00 $10.00 $60.00 $20.00 **$117.00**
I, Keri Hinton, County Clerk for Yamhill County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.
Keri Hinton - County Clerk

SPACE ABOVE LINE FOR RECORDER'S USE

# TRUSTEE'S DEED

T.S. No.: 138188-OR Loan No.: ******7915

Consideration: $520,700.00

THIS INDENTURE, made 2/17/2026, between CLEAR RECON CORP hereinafter called trustee, and Chandler & Newville, Inc., hereinafter called the second party:

**WITNESSETH:**

RECITALS: JASON P. WRIGHT AND JACQUELINE A. WRIGHT, AS TENANTS BY THE ENTIRETY, as grantor, executed and delivered to FIRST AMERICAN TITLE COMPANY, for the benefit of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR CITIMORTGAGE, INC., BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as beneficiary, a certain Trust Deed dated 12/21/2010, duly recorded on 1/10/2011, as Instrument No. 201100432, in the mortgage records of Yamhill County, Oregon.

In said Trust Deed the real property therein and hereinafter described was conveyed by said grantor to said trustee to secure, among other things, the performance of certain obligations of the grantor to the said beneficiary. The said grantor thereafter defaulted in his performance of the obligations secured by said Trust Deed as stated in the Notice of Default hereinafter mentioned and such default still existed at the time of the sale hereinafter described.

By reason of said default, the owner and holder of the obligations secured by said Trust Deed, being the beneficiary therein named, or his successor in interest, declared all sums so secured immediately due and owing; a Notice of Default, containing an election to sell the said real property and to foreclose said Trust Deed by advertisement and sale to satisfy grantor's said obligations was recorded in the mortgage records of said county on 10/6/2025, as Instrument No. 2025-09801 thereof, to which reference now is made.

After the recording of said Notice of Default, as aforesaid, CLEAR RECON CORP the undersigned trustee gave notice of the time for and place of sale of said real property as fixed by the trustee and as required by law. Copies of the Trustee's Notice of Sale were served pursuant to ORCP 7D(2) and 7D(3) or mailed by both first class and certified mail with return receipt requested, to the last-known address of the persons or their legal representatives, if any, named in ORS 86.76, at least 120 days before the date the property was sold, and a copy of the Trustee's Notice of Sale was mailed by first class and certified mail with return receipt requested, to the last-known address of the guardian, conservator or administrator or executor of any person named in ORS 86.76440(1), promptly after the trustee received knowledge of the disability, insanity or death of any such person. Copies of the Trustee's Notice of Sale was served in accordance with ORS 86.774(1) upon the occupants of the property described in the trust deed at least 120 days before the date the property was sold.

# TRUSTEE'S DEED

T.S. No.: 138188-OR
Loan No.: ******7915

If the foreclosure proceedings were stayed and released from the stay, copies of an Amended Notice of Sale in the form required by ORS 86.782(12) were mailed by registered or certified mail to the last known address of those persons listed in ORS 86.764 and 86.774(1) and to the address provided by each person who was present at the time and place set for the sale which was stayed within 30 days after the release from the stay. Further, the trustee published a copy of said Notice of Sale in a newspaper of general circulation in each county in which the said real property is situated, once a week for four successive weeks; the last publication of said notice occurred more than twenty days prior to the date of such sale. The mailing, service and publication of said Notice of Sale are shown by one or more affidavits or proofs of service duly recorded prior to the date of sale in the official records of said county, said affidavits and proofs, together with the said Notice of Default and election to sell and the Trustee's Notice of Sale, being now referred to and incorporated in and made a part of this Trustee's Deed as fully as if act out herein verbatim. The undersigned trustee has no actual notice of any person, other than the persons named in said affidavits and proofs as having or claiming a lien on-or interest in said described real property, entitled to notice pursuant to ORS 86.764(2)(b) or (2)(c).

Pursuant to said Notice of Sale, the undersigned trustee on 2/17/2026, at the hour of 11:00 AM, of said day, in accord with the standard of time established by ORS 187.110, the place so fixed for sale, as aforesaid, in full accordance with the laws of the state of Oregon and pursuant to the powers conferred upon the trustee by said Trust Deed, sold said real property in one parcel at public auction to the said second party for the sum of $520,700.00, the second party being the highest and best bidder at such sale and said sum being the highest and best sum bid for said property.

NOW THEREFORE, in consideration of the said sum so paid by the second party in lawful money of the United States, or by the satisfaction, pro tanto, of the obligation then secured by said Deed of Trust, the receipt whereof is acknowledged, and by the authority vested in said trustee by the laws of the state of Oregon and by said Trust Deed, the trustee does hereby convey unto the second party all interest which the grantor had or had the power to convey at the time of the grantor's execution of said Trust Deed, together with any interest the said grantor or his successors in interest acquired after the execution of said deed in and to the following described real property, to-wit:

A PART OF SECTION 26 IN TOWNSHIP 3 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN IN YAMHILL COUNTY, OREGON, BEING DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SECTION LINE BETWEEN SECTIONS 26 AND 27 THAT IS NORTH 00 01' WEST 1293 FEET FROM THE WEST QUARTER CORNER OF SECTION 26; THENCE EAST 497 FEET; THENCE SOUTH 12 07' 28" WEST 579.59 FEET TO THE NORTHERLY LINE OF COUNTY ROAD NO. 75 THENCE ALONG THE NORTHERLY LINE OF SAID COUNTY ROAD THE FOLLOWING COURSES AND DISTANCES; NORTH 67 37' WEST 276.84 FEET; NORTH 80 46' WEST 120.62 FEET TO THE WEST OF SAID SECTION 26; THENCE NORTH 00 01' 51" WEST ALONG THE WEST LINE OF SAID SECTION 26; 441.91 FEET TO THE POINT OF BEGINNING. EXCEPT THAT PORTION DEEDED TO YAMHILL COUNTY FOR ROAD PURPOSES BY DEED RECORDED FEBRUARY 28, 1972 IN FILM VOLUME 88, PAGE 784, DEED AND MORTGAGE RECORDS OF YAMHILL COUNTY, OREGON. SUBJECT TO AND INCLUDING AN EASEMENT FOR ROAD AND UTILITIES PURPOSES, SAID EASEMENT BEING DESCRIBED AS FOLLOWS: A PART OF SECTION 26 IN TOWNSHIP 3 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN, YAMHILL COUNTY, OREGON BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SECTION LINE BETWEEN SECTION 26 AND 27 THAT IS NORTH 00 01' 51" WEST, 1730 FEET FROM THE WEST ONE-QUARTER CORNER OF SAID SECTION 26; THENCE EAST, 621.80 FEET; THENCE SOUTH 12 07' 28" WEST, 1018.07 FEET; THENCE SOUTH 67 37' EAST, 143.07 FEET; THENCE SOUTH 85 59' 30" WEST, 44.96 FEET; THENCE NORTH 67 37' WEST, 239.63 FEET; THENCE SOUTH 80 01' EAST, 78.61 FEET; THENCE NORTH 12 07' 28" EAST, 150.58 FEET; THENCE SOUTH 77 52' 32" EAST, 10 FEET; THENCE NORTH 12 07' 28" EAST, 697.12 FEET; THENCE NORTHWESTERLY 144.76 FEET ALONG THE ARC OF A 70 FOOT RADIUS CURVE LEFT THROUGH A CENTRAL ANGLE OF 102 07' 28" (CHORD BEARS NORTH 38 59' WEST, 108.98 FEET); THENCE WEST 460.87 FEET TO THE WEST LINE OF SAID SECTION 26; THENCE NORTH 00 01' 51" WEST, 60 FEET TO THE POINT OF BEGINNING.

T.S. No.: 138188-OR
Loan No.: ******7915

In construing this instrument and whenever the context so requires, the masculine gender includes the feminine and the neuter and the singular includes the plural; the word "grantor" includes any successor-in-interest to the grantor as well as each and all other persons owing an obligation, the performance of which is secured by said trust deed; the word "trustee" includes any successor trustee, the word "beneficiary" includes any successor-in-interest of the beneficiary first named above, and the word "person" includes corporation and any other legal or commercial entity.

IN WITNESS WHEREOF, the undersigned trustee has executed this instrument; any signature on behalf of a business or other entity is made with the authority of that entity.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES.

Date: FEB 27 2026

CLEAR RECON CORP

[signature]
Monica Chavez
Authorized Signor

PURSUANT TO CAL. CIVIL CODE § 1189:

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

On FEB 27 2026 before me, Jazmin Chavez, a Notary Public, personally appeared Monica Chavez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (seal)
Notary Public
My Commission Expires: 08/02/2029

JAZMIN CHAVEZ
Notary Public - California
San Diego County
Commission # 2528847
My Comm. Expires Aug 2, 2029

COUNTY OF YAMHILL } } SS.

I hereby certify this 3 page copy to be a true and complete duplicate of the original record in the Yamhill County Clerk's office located in McMinnville, Oregon. NOT A VITAL RECORD

STATUTORY WARRANTY DEED

This 15th Day of April A.D. 2026

By: [signature]

Linda Connors - Deputy County Clerk

*Keri Hinton, Yamhill County Clerk*

YAMHILL COUNTY OREGON — THE UNION

After recording return to:

Chandler & Newville, Inc.
901 Brutscher St, Suite D-384
Newberg, OR 97132

Until a change is requested, all tax statements shall be sent to the following address:

Razzle Dazzle Properties LLC
8599 Haven Avenue #202
Rancho Cucamonga, CA 91730

Yamhill County Official Records **202602251**
**DMR-DDMR**
Stn=1061 MORRISONK **03/10/2026 10:14:03 AM**
3Pgs $16.00 $11.00 $10.00 $60.00 $20.00 **$117.00**

**I, Keri Hinton, County Clerk for Yamhill County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.**

Keri Hinton - County Clerk

## STATUTORY WARRANTY DEED

**Chandler & Newville, Inc.**, Grantor, conveys and warrants to **Razzle Dazzle Properties LLC**, a Delaware Limited Liability Company, Grantee, the following real property described below, free of encumbrances EXCEPT covenants, conditions, restrictions, and easements of record as of the date hereof.

See Complete Legal Description in Exhibit "A" attached hereto and by this reference incorporated herein.

**Commonly known as: 9449 NE Keyes Lane, Dundee, OR 97115**
**Account No. 77071**

The true consideration for this conveyance is: ***$605,700.00 (Six Hundred Five Thousand Seven Hundred Dollars and No Cents)*** , the receipt and sufficiency of which is hereby acknowledged.

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTABLISHED LOT OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY THE APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES AS DEFINED IN ORS 30.930 AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11 CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010.

Dated : March 4, 2026 .

**Chandler & Newville, Inc.**, an Oregon Corporation

(Signature)

By: JEFFREY A. NEWVILLE
(Print Name)

Title: PRESIDENT

STATE OF OREGON
County of YAMHILL )

This instrument was acknowledged before me on this 4TH day of MARCH, 2026, by Jeffrey A. Newville President. Chandler & Newville, Inc

OFFICIAL STAMP
RENEE CHRISTINE ATKINSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 1052775
MY COMMISSION EXPIRES OCTOBER 24, 2028

Signature of Notary Public

My commission expires: 10/24/28

(Seal or stamp)

## EXHIBIT A

LEGAL DESCRIPTION:

A part of Section 26 in Township 3 South, Range 3 West of the Willamette Meridian in Yamhill County, Oregon, being described as follows:

Beginning at a point on the Section line between Sections 26 and 27 that is North 00 01' West 1293 feet from the West Quarter corner of Section 26; thence East 497 feet; thence South 12 07' 28" West 579.59 feet to the Northerly line of County Road #75 thence along the Northerly line of said County Road the following courses and distances; North 67 37' West 276.84 feet; North 80 46' West 120.62 feet to the West of said Section 26; thence North 00 01' 51" West along the West line of said Section 26; 441.91 feet to the point of beginning.

EXCEPT that portion deeded to Yamhill County for road purposes by deed recorded February 28, 1972 in Film Volume 88, Page 784, Deed and Mortgage Records of Yamhill County, Oregon.

SUBJECT TO AND INCLUDING an easement for road and utilities purposes, said easement being described as follows:

A part of Section 26 in Township 3 South, Range 3 West of the Willamette Meridian, Yamhill County, Oregon being more particularly described as follows:

Beginning at a point on the Section line between Section 26 and 27 that is North 00 01' 51" West, 1730 feet from the West one-quarter corner of said Section 26; thence East, 621.80 feet; thence South 12 07' 28" West, 1018.07 feet; thence South 67 37' East, 143.07 feet; thence South 85 59' 30" West, 44.96 feet; thence North 67 37' West, 239.63 feet; thence South 80 01' East, 78.61 feet; thence North 12 07' 28" East, 150.58 feet; thence South 77 52' 32" East, 10 feet; thence North 12 07' 28" East, 697.12 feet; thence Northwesterly 144.76 feet along the arc of a 70 foot radius curve left through a central angle of 102 07' 28" (chord bears North 38 59' West, 108.98 feet); thence West 460.87 feet to the West line of said Section 26; thence North 00 01' 51" West, 60 feet to the point of beginning.