# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

**EXHIBIT NO. 03**
**Pages 1&2**
**Letter from RS that they sold loan to Barclay's Bank**

**Rushmore Servicing**
P.O. Box 619098
Dallas, TX 75261

OUR INFO
**ONLINE**
www.rushmoreservicing.com

3708 1 MB 0.472 AUTO 110290.2-NNNN-39110076
9449 NE Keyes Ln
Dundee, OR 971159170

February 20, 2026

**YOUR INFO**
CASE NUMBER:
**0015191565**
LOAN NUMBER:
**0709787915**
PROPERTY ADDRESS:
**9449 NE Keyes Ln**
**Dundee, OR 97115**
MORTGAGOR NAME:
**Jason P Wright**
**Jacqueline A Wright**

110290.2-NNNN-680973576-3706.1

Dear Jason P Wright:

We received your correspondence on February 19, 2026, regarding the above-referenced loan. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than March 05, 2026.

Our records indicate that BARCLAYS BANK PLC, as Owner, is the current owner of the loan. As requested, we have provided the contact information below:

BARCLAYS BANK PLC, as Owner
745 Seventh Avenue
New York, NY 10019

Please note that Rushmore Servicing is the servicer of the loan; and therefore, will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include, but are not limited to the following:

- Payment assistance and modifications
- Payment posting
- Validation of the debt
- Foreclosure proceedings
- Payment adjustments

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

**The following disclosure is made pursuant to the requirements of the Fair Debt Collection Practices Act or other law or regulation; Nationstar Mortgage LLC d/b/a Rushmore is considered a debt collector. This document is an attempt to collect a debt, information obtained will be used for that purpose. Note: If your obligation has been discharged in bankruptcy, is subject to the a stay or is provided for in a confirmed plan, this communication is for regulatory compliance and/or informational purposes only, not constitute an attempt to collect a debt or to impose personal liability for such obligation.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrow loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only a an attempt to collect a debt from you personally.

**Exhibit 03.**
Page 1 of 2.

Rushmore Servicing
8950 Cypress Waters Blvd.
Coppell, TX 75019

Please note the following important address information for **Carrington Mortgage Services, LLC.**:

Correspondence Address:
Carrington Mortgage Services, LLC.
P.O. Box 5001
Westfield, IN 46074

Payment Address:
Carrington Mortgage Services, LLC.
P.O. Box 660586
Dallas, TX 75266-0586

**The date that your present servicer will stop accepting payments from you is 3/16/2026. The date that your new servicer will start accepting payments from you is 3/17/2026. Send all payments due on or after that date to your new servicer.**

The transfer of the servicing of the mortgage loan will require you to contact all hazard and flood insurers to add Carrington Mortgage Services, LLC. as loss payee at the below address. For escrow accounts, insurers need to send billing statements/invoices to the Carrington Mortgage Services, LLC. Loss Payee. **Be sure to provide Carrington Mortgage Services, LLC. with a copy of the Notice to the Insurance Provider.**

Carrington Mortgage Services, LLC.
Its Successor's and/or Assigns
P.O. Box 692408
San Antonio, TX 78269-2408

If your loan has optional insurance, your mortgage life insurance, disability insurance and/or other optional products will be discontinued at the time of transfer. If you wish to maintain coverage, you must contact your provider about direct billing. If your loan does not have optional products, and you wish to obtain them, you will need to contact your new service provider.

If you are making payments to the present servicer by means of automatic deduction, this service will not continue with the new servicer, and any payments currently scheduled to draft after the effective transfer date 3/17/2026, will be cancelled. To set up automatic deduction with your new servicer, please contact their customer service department.

If you authorize your bank or credit union online bill payment system to automatically pay your mortgage payment, you will need to tell your bank or credit union to make those payments to the new servicer.

If you are currently participating in, or being considered for, a foreclosure avoidance program or loan modification program, we will be transferring any supporting documentation you may have submitted to us to your new servicer. Until the transfer date, you should continue to make your payments (i.e., trial payments if attempting to qualify for a modification) to us. After transfer, you should make all payments to **Carrington Mortgage Services, LLC.** until such time that you are provided additional direction. Unless you have received a decision from us regarding qualification for these programs, decisions regarding qualification for these programs will be made by Carrington Mortgage Services, LLC.. If you have received a decision from us, Carrington Mortgage Services, LLC. will be advised of that decision and will complete the processing of your workout, in accordance with that decision.