# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

**EXHIBIT NO. 04**
**Pages 1&2**
**Letter from Carrington Mortgage that our loan was sold to someone 1/29/26**

Carrington mortgage services, llc
NMLS ID #2600
P. O. Box 5001
Westfield, IN 46074

515,475
195,073.

0001257 01 MB 0.67 **AUTO 15 0 9147 97115-917049 -C04-P01258-I
JASON WRIGHT
JACQUELINE WRIGHT
9449 NE KEYES LN
DUNDEE OR 97115-9170

NOS

**Property Address:**
9449 NE KEYES LN
DUNDEE, OR 97115

**Loan Number:** 7000364785

Notice Date: 02/23/2026

**Notice of Sale of Ownership of Mortgage Loan**

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new creditor. This Notice is to inform you that your prior creditor has sold your mortgage loan (see loan information below) to the new creditor identified below.

****NOTE: The new creditor is not the servicer of your loan. The servicer (identified below) acts on behalf of the new creditor to handle the ongoing administration of your loan, including the collection of mortgage payments. Please continue to send your mortgage payments as directed by the servicer, and <u>NOT</u> to the new creditor. <u>Payments sent to the new creditor instead of the servicer may result in late charges on your loan and your account becoming past due. Neither the new creditor nor the servicer is responsible for late charges or other consequences of any misdirected payment.</u>**

**<u>SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW.</u> The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the new creditor of your request and communicate to you any decision with respect to such request.**

Please note that the sale of your loan to us may also result in a change of servicer. If this occurs, you will receive a separate notice, required under federal law, providing information regarding the new servicer.

LOAN INFORMATION

**Date of Loan: 12/21/2010**
**Original Amount of Loan: $355,941.00**
**Date Your Loan was Sold to the New Creditor: 01/29/2026**
**Prior Loan Number: 709787915**
**Current Loan Number: 7000364785**
**Address of Mortgaged Property: 9449 NE KEYES LN**
**DUNDEE, OR 97115**

**SERVICER INFORMATION**

**Name: Carrington Mortgage Services, LLC**
**Mailing Address: P.O. Box 5001, Westfield, IN 46074**
**Telephone Number (Toll free): 800-561-4567**
**Website: www.CarringtonMortgage.com**

Scope of responsibilities: The servicer is responsible for all ongoing administration of your loan, including receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

**NEW CREDITOR INFORMATION**

**Please be advised that all questions involving the administration of your loan (including questions related to payments, deferrals, modifications or foreclosures) should be directed to the servicer at the number above and/or the agent (if any) of the new creditor identified below, and not to the new creditor. The new creditor does not have access to information relating to the administration of your loan, and will not be able to answer most loan-related questions.**

Name: Barclays Bank PLC
Mailing Address **(not for payments)**: 745 Seventh Avenue
New York, NY 10019

Telephone Number: 800-561-4567

Scope of responsibilities: As new creditor, the above-named entity holds legal title to your loan. The entity is authorized to receive legal notices and to exercise (or cause an agent on its behalf to exercise) certain rights of ownership with respect to your loan.

The transfer of the lien associated with your loan is, or in the future may be, recorded in the public records of the local County Recorder's office for the county or local jurisdiction where your property is located. If checked ☐ ownership of your loan is also recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.

Our rights and obligations as new creditor, and consequently our authority to respond favorably to your requests or inquiries may be limited by the terms of one or more contracts related to the securitization of your loan.

**Partial Payment:**
Your lender:

☐ may accept payments that are less than the full amount due ("partial payments") and apply partial payments to your loan.

☒ may hold partial payments in a separate account until you pay the remainder of the payment and then apply the full periodic payment to your loan.

☐ does not accept partial payments.

If this loan is sold to a new lender, your new lender may have a different payment policy.

**Exhibit 04**
Page 2 of 2