# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

**EXHIBIT NO. 5**
**Pages 1&2**
**Letter from RS that Carrington Mortgage will take our payments**
**Starting 3/17/26**

Rushmore Servicing
8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
ONLINE
**www.rushmoreservicing.com**

JASON WRIGHT
JACQUELINE WRIGHT
9449 NE KEYES LN
DUNDEE, OR 97115

2/27/2026

**YOUR INFO**
LOAN NUMBER: **709787915**
PROPERTY ADDRESS:
**9449 NE KEYES LN**
**DUNDEE, OR 97115**

Dear JASON WRIGHT and JACQUELINE WRIGHT:

The servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Rushmore Servicing to Carrington Mortgage Services, LLC., effective 3/17/2026.

This transfer does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan such as where to send your payments or make inquiries related to the mortgage loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Rushmore Servicing. If you have any questions relating to the transfer of servicing, please do not hesitate to contact our Customer Service Department at 877-888-4606 or via mail at the address listed above. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT).

**Your new Servicer will be Carrington Mortgage Services, LLC. If you have any questions relating to the transfer of servicing to your new servicer, you may call the Customer Service Department of your new servicer at 800-561-4567 between the hours of Monday - Friday, 8:00am-9:00pm EST.**

Rushmore ServicingSM and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

**Nationstar Mortgage LLC d/b/a Rushmore Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

5

**Exhibit 05**