# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JASON P WRIGHT,**
**JACQUELINE A WRIGHT**

PLAINTIFFS

**V.**

**NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER**
**Et al.**

**Case No. 3:26-cv-00987- AN**

**EXHIBIT NO. 6**
**PAGE 1**
**Email sent from Plaintiff's to Misty Hancock manager of loss mitigation**
**For Mr Cooper/RS**

Subject: Loan#709787915

To: [misty.hancock@mrcooper.com <misty.hancock@mrcooper.com>]

From: jwrightmasonry@frontier.com <jwrightmasonry@frontier.com>

Date: Tue, Feb 17, 2026 at 6:00 AM

Hello,

I talked with someone from loss mitigation yesterday to pay the past due amount for our home at 9449 NE Keyes in Dundee OR 97115. I was using the paperwork that was taped to the end of our driveway (not sure when) and it has a different mortgage company listed, we got it all situated. I just wanted to confirm the amount $28088.80. it will be wired between 8:30-9am Pacific time from First Federal Savings & Loan. I will call and also email receipt of the wire immediately. Is there anything else I should do. I would have had this at least by Fri but had minor mixup & yesterday being holiday was unable to.

Thank you,

Jacqueline Wright

503-550-6839

Yahoo Mail: Search, Organize, Conquer