# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JASON P WRIGHT,**
**JACQUELINE A WRIGHT**

PLAINTIFFS

**V.**

**NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER Et al.**

**Case No. 3:26-cv-00987- AN**

**EXHIBIT NO. 7**
**PAGE 1-3**
**Plaintiffs letter to Rescind the Sale from auction dated 2/18/26**
**Receipts from Certified Mail**

JASON & JACQUELINE
9449 NE KEYES LANE
DUNDEE OR 97115
503-550-6839
jjwrightmasonry@gmail.com

2/18/2026

RE: RESCISSION OF FORECLOSURE SALE IMMEDIATE ACTION REQUIRED

PROPERTY OWNERS: Jason & Jacqueline Wright
PROPERTY: 9449 NE Keyes Lane
Dundee OR 97115
LOAN NUMBER: 709787915 (Rushmore Servicing)
TRUSTEE SALE NUMBER: 138188-OR

I am writing to formally request the immediate rescission of the foreclosure sale conducted on February 17th, 2026 At 11:00 a.m. McMinnville courthouse in McMinnville, Oregon 535 NE 5th St

We had the necessary funds to reinstate the loan. I initiated contact with the lender Rushmore Servicing on Friday, February 6th 2026 at 3:24pm to let them know that I was able to get the funds for reinstating the loan and that I would be able to wire them possibly Friday 2/13/26, but absolutely 100% certainty can wire money Monday 2/16/26, and I would contact either way the following Fri to let the loss mitigation department for Rushmore servicing know that funds had arrived and everything was good to go the following Fri 2/13/26 After confirming with my dad and the bank First Federal Savings and Loan Fri 2/13/26 & Monica Tribys-Colombi we realized that Monday was President's Day so we were unable to wire it Monday, we would have to do it last minute the morning of the auction. However, it seemed like it would be smooth sailing after talking to loss mitigation rep from RS. We will call the bank 8:30am & initiate wire transfer. I even have email draft with all info ready to send to bank Tues. I offered proof of funds just in case so they could see the money was available and they could also see the amount if need be, and I was told the reinstatement amount was $28 088.80, or the last reinstatement that they can see. I assumed that was the amount, it's also the amount on last statement I have that says due 2/1//26 good thru 2/16/26, considering holiday I assumed 2/17/26 would be ok and that amount would be ok, and even if it was 1-2 thousand more we would be paying it. I called again Monday and talked with rep from loss mitigation at Rushmore servicing, Just to confirm again that we had the money and we would be initiating the wire first thing in the morning. I was then told that the amount of $28088.80 might not cover the reinstatement costs and the trustee wasn't getting back with them since the requested it, I had time before bank opened so Il went back and forth multiple times all on my phone record even offered to wire extra money to make sure it was covered and was told it might not be enough I had to have this new exact amount that nobody knew. I called Clear Reconn Monday 2/16/26 to let them know we had funds and

PG 7



3

would be wired first thing Tuesday morning, also called Aldridge/Pite. Tuesday morning came and I was circled around for hours and never got the wire sent by 11am because lenders made it sound like we'd be out the money and also wouldn't reinstate because our amount could be wrong. I didn't know what to do because it sounded as if I'd lose the money I wire and house. I kept calling all day Tues to all 3 companies, clearly desperate our home of 20 years, we have cattle, other animals my mom lives & passed away at our home, my boys grew up here I was willing to do anything to get Rushmore servicing the wire, & they kept saying well you can, but.. I have found multiple records/complaints and lawsuits filed against them for this type of bad business and even worse. I also found records where others just wired that last amount and RS accepted just minutes before auction and it stopped the sale. I could have wired hours before!!! I was told along with my dad that "you can go ahead and wire it, and extra but if it's not enough we won't reinstate." I again offered extra 1-2k & I kept hearing it's going to take us days to get the reinstatement amount from trustee. Around 11:14 I called Aldridge & Pite I was on hold for over 30 min until someone finally answered I told her what was happening and that I couldn't get amount from RS because they need fees etc from them the trustee, and she said, "I don't know why they'd say that, they know exactly what fees are." My dad & I were like omgosh they literally put me on a mental hamster wheel and watched while my house was auctioned and I had the funds. This is wrong. We sold things we need to pay for this, my 85 year old dad cashed in retirement to help & I got lied to and ran around. I understand that it's good practice to get so far behind in your mortgage and have this happen. We own a small construction business and it's finally just now picking back up. We've been slow. We've gone without a lot of things the last couple years and we're finally getting back in the groove, we can finally get the money and then just got the form apology from RS on phone "how unfortunate." they didn't try to help they knew and know the amount was 28,088.80 and they could have told me if I did send extra it would come right back to me but they didn't, and they're not sorry. It's a common practice for this company. All you have to do is Google their reviews. Not one good one, And they have hundreds and if not thousands of formal complaints which I just defiled as well today with the consumer financial protection bureau and the Federal trade commission. I also requested a notice of air and info to Rushmore servicing. I've talked to a couple lawyers today as well because this isn't right so we'll see where I have to go with that. I can send over over the call logs from my phone and also any information needed from the bank to show that the funds have been available still are available. This is our home. And all we have. At this point we will do anything we can to keep it than anything to us and have it auctioned off like it's nothing for half its value when we could have it short sold or anything if we actually need to do. But we didn't know because we had the funds. We just needed cooperation with the reinstatement amount. I mean I could have done this 8:30 Tuesday morning. I appreciate your time and reading this.

PG 2 of 2

Thank you,

Jason, Jacqueline Wright

Ex

9589 0710 5270 2163 4464 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Accepted FEB 18 2026 Newberg, Oregon (Postmark Here)

Sent To: Clear Recon Corp
Street and Apt. No., or PO Box No.: 1915 NE Stucki Ave Ste 400
City, State, ZIP+4®: Hillsboro OR 97006

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0727 3618 56

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Accepted FEB 18 2026 Newberg, Oregon (Postmark Here)

Sent To: Aldridge LLC
Street and Apt. No., or PO Box No.: 1050 SW 6th Ave Ste 1100
City, State, ZIP+4®: Portland OR 97204

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0076 2774 95

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Accepted FEB 18 2026 Newberg, Oregon (Postmark Here)

Sent To: Rushmore Servicing
Street and Apt. No., or PO Box No.: 8950 Cypress Waters Blvd
City, State, ZIP+4®: Coppell TX 75261

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0076 2775 01

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Accepted FEB 18 2026 Newberg, Oregon (Postmark Here)

Sent To: Rushmore Servicing customer relations
Street and Apt. No., or PO Box No.: PO Box 619098
City, State, ZIP+4®: Dallas TX 75261

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**Exhibit 07**
Page 3 of 3