# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JASON P WRIGHT,**
**JACQUELINE A WRIGHT**

PLAINTIFFS

**V.**

**NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER**
**Et al.**

**Case No. 3:26-cv-00987- AN**

## EXHIBIT NO. 8
## PAGE 1
## Attorney Shannon Calt response representing CRC Supervising Attorney for Aldridge Pite

Subject: 138188-OR_81_Sale Resc Request - Denied - Borrower inquiry
To: ['jwrightmasonry@frontier.com <jwrightmasonry@frontier.com>']
From: Shannon K. Calt <SCalt@aldridgepite.com>
Cc: [Tammy J. Laird <tlaird@clearreconcorp.com>]
Date: Wed, Mar 4, 2026 at 2:14 PM

Jason & Jacqueline,

I am in receipt of your letter dated February 18, 2026. I am attorney for the trustee Clear Recon Corp. I am not y attorney and cannot give you any legal advice. If you need legal advice, I encourage you to retain your own attor and give them this email.

Your inquiry relates to a Trustee's Sale that occurred on February 17, 2026. Per your letter, you had a reinstatem quote (which I have not seen) which expired on February 16 (the day before sale). In other words, funds needed be received via the instructions in the quote on or before February 16. Reinstatement quotes are not issued goo through the day of sale because the funds must be received with sufficient time to confirm receipt of funds and cancel the sale. You then attempted to reinstate on February 17, 2026 (the day of sale). You state that you "assumed" that "would be okay." You state that you didn't actually wire any funds until after the sale.

I want to assure you: I understand your alarm and dismay. You might imagine that I occasionally deal with situations like this. The best part of my job is avoiding foreclosure. The worst part is situations like this. But: Funds were not received before the reinstatement quote expired. And even if you had wired $40k the morning o the sale, the wire would very likely not have been received, confirmed, and cancellation passed along to the auctioneer prior to the time of the sale. All of which would have to happen.

Because the funds were not timely received, the Trustee's agent called the sale as authorized by statute and the Trustee has now issued the Trustee's Deed as required by the statute. I encourage you to reach out to the 3d pa purchaser and see if they (not us) are willing to sell back to you or otherwise settle. I wish you luck in this. But v can't just unilaterally un-do the sale. To put it quite simply: The buyer attended a legally held sale and paid consideration. Statute requires the Trustee to issue the deed. The statute does NOT allow the Trustee to rescin as you are requesting.

I wish you the best of luck in the coming days. If the Trustee can do anything to help you (other than what I laid above that we cannot do), please do email myself and Tammy (cc'd here).

Best,

-Shannon

**Shannon K. Calt***

*Supervising Attorney*

**Aldridge | Pite, LLP**

**Exhibit 08** 08
Page 1 of 1