# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

## EXHIBIT NO. 9
## PAGES 1-11

Phone Records from Plaintiffs to RS, CRC, Aldridge Pite,
Voicemail left from Betsy Fettig, Phone call log to Lori Fettig/Goodwin,
And texts between Jacqueline and Lori




Phone call from Plaintiff Jackie Wright to Rushmore Servicing to explain reinstatement timeline on 10/6/25 @ 1:33pm - 8min

Exhibit 09
Page 1 of 11.

# Rushmore Servicing

1 877-888-4606

| | | |
|---|---|---|
| Outgoing call | Tue Feb 17, 11:04 AM | 9m 47s |
| Outgoing call | Tue Feb 17, 10:40 AM | 19s |
| Outgoing call | Tue Feb 17, 9:15 AM | 7m 11s |
| Outgoing call | Tue Feb 17, 7:53 AM | 3m 29s |
| Outgoing call | Tue Feb 17, 7:13 AM | 8m 5s |
| Outgoing call | Tue Feb 16, 2:09 PM | 17m 49s |
| Outgoing call | Tue Feb 13, 4:27 PM | 7m 13s |
| Outgoing call | Tue Feb 6, 12:33 PM | 7m 13s |

Phone calls from Jeanne to RS

Exhibit 09
Page 2 of 11

← 1 858 750-7777

California

Calls from Plaintiff Jacqueline Wright to CRC

| | | |
|---|---|---|
| ↗ Outgoing call HD<br>Tue 1:58 PM | 5m 34s | 2-17 |
| ↗ Outgoing call HD<br>Tue 11:48 AM | 8m 48s | 2-17 |
| ↗ Outgoing call HD<br>Tue 10:52 AM | 8m 16s | 2-17 |
| ↗ Outgoing call HD<br>Feb 16, 2:04 PM | 3m 10s | |
| ↗ Outgoing call<br>Feb 16, 2:04 PM | | |

# Aldridge | Pite LLP

1 877-319-8840

Calls from Plaintiff to AP

Older

| | | |
|---|---|---|
| ↗ | Outgoing call<br>Tue 11:40 AM | 6s |
| ↗ | Outgoing call<br>Tue 11:40 AM | 2s |
| ↗ | Outgoing call<br>Tue 11:14 AM | 11m 15s |
| ↗ | Outgoing call<br>Tue 9:24 AM | 30m 25s |

AT&T

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pm | | | | |
| 503.860.2391 | Dec 24, 2025 | 4:34 pm | 12 mins | Portland, OR | Network | $0.00 |
| 503.718.4686 | Dec 24, 2025 | 3:26 pm | 23 mins | Beaverton, OR | Network | $0.00 |
| 971.545.1070 | Dec 24, 2025 | 2:02 pm | 2 mins | Dayton, OR | Wi-Fi | $0.00 |
| 971.545.1070 | Dec 24, 2025 | 1:14 pm | 2 mins | Dayton, OR | Network | $0.00 |
| 503.351.1317 | Dec 24, 2025 | 10:54 am | 12 mins | Portland, OR | Network | $0.00 |
| 503.554.9007 | Dec 24, 2025 | 8:46 am | 31 mins | Incoming | Wi-Fi | $0.00 |
| 971.545.1070 | Dec 23, 2025 | 8:48 pm | 3 mins | Dayton, OR | Network | $0.00 |
| 971.545.1070 | Dec 23, 2025 | 8:33 | 1 mins | Dayton, OR | Wi-Fi | $0.00 |

Call to Lori Fettig Goodwin 12-24-25 from Jackie discussed work being slow + Plaintiffs dad helping out w/ mortgage etc...

WIRELESS CALLER

Mar 6, 2:23 PM • 00:21

Hi Jackie this is Betsy FedEx Lori gave me your number I was trying to get a hold of Jason she said that he was doing some block work again and I'm in need of a few things please have him give me a call at 503-849-2751 if he's interested thank you bye

Transcribed by Google

0:00

Voicemail from Betsy (Elizabeth) Fettig
lori's sister in law.

# RECORD OF COMMUNICATIONS

**Case / Matter Reference:** ______________________

**Platform / Protocol:** RCS & SMS/MMS Mobile Text Logs

**Participant A (Left):** Lori Goodwin (Real Estate Professional)

**Participant B (Right):** Jackie (Client)

**Log Span Covered:** Thursday, Feb 26 – Tuesday, Jun 2

— Thursday, Feb 26 • 9:10 PM —

**JACKIE**

Hey Lori, it's Jackie.. u still awake

**LORI GOODWIN**

Yup

**LORI GOODWIN**

You ok?

— Texting with Lori (SMS/MMS) —

**JACKIE**

Ohhh ya I think so!! I'll call u in just a minute

— RCS chat with Lori —

Picture of Deed sent attached @ end

**LORI GOODWIN**

No new deed has been recorded
Yamhill County, OR

**JACKIE**

That's good ■

**LORI GOODWIN**

It is still listed as a pre-foreclosure so it would seem it did not sell yet

**JACKIE**

Weird! Do they record them pretty fast? They did have me send a rescind of sale right after bcuz we had proof of $$ etc..butbthe trustee and lenders aren't talking yet

**LORI GOODWIN**

Hopefully that will be enough to get a pause and the attorney can negotiate an offer in compromise.

**JACKIE**

[redacted] [redacted] [redacted] [redacted] this is not good for my skin and hair! I don't do stress! The attorney asked for a retroactive or retrospective appraisal if that's not a big pain in your butt though I know you're busy and I'm sure you have time to just toss this crap in your schedule too

**LORI GOODWIN**

That needs to be done by an appraiser
Not a real estate agent. We can only do cma's, comparable market analysis

**JACKIE**

Well oh crap! Well I'll email him back and see if he's still even wanting it, or what he's thinking! Hopefully they'll just sell it tomorrow. Praying they just settle it tomorrow.

— **Friday, Feb 27 • 7:29 PM** —

**JACKIE**

Hey, I talked to attorney, he said to get comparable market, he doesn't think we'll need appraisal bcuz I have proof the lender agreed to the reinstatement. He's still trying to get us to file a civil suit against trustees and lender for not disclosing dual roles & some other crap in bad faith. I do r want to even be in some stupid lawsuit like that, I just want the house done and we're good and leave it at that. Nothing like that ever works out for me though. It's not like I could sue someone and be a millionaire, I'll sue someone and probably lose and then they'll countersuit me and take my house lol! If you have time to do CMA would be awesome, but if you don't just let me know! Hopefully this will be over by Monday could have been today but I haven't heard back from the lawyer!

— Friday, Mar 6 • 8:58 AM —

**JACKIE**

Hey are u free

**LORI GOODWIN**

For a few

— Saturday, Mar 7 • 1:03 PM —

**JACKIE**

So I finally heard back from our attorney, he's saying let the trustee keep talking bcuz They have same attorney for the trustee and foreclosure attorney, acting like they didn't get our paperwork which the first attorney already said they did, & And he told me our attorney in email if you would we would have sent it Monday or had proof that you did this would have been voided and We already told him about that so I just sent it to my the lawyer yesterday. Because Monday was the 16th it was President's Day everything was closed so according to foreclosure attorney, it's voided. It was a holiday talking in circles. This is just a pain in the ass.

**LORI GOODWIN**

Were you able to confirm that your home had not been auctioned?

**JACKIE**

Oh they did auction it, but our lawyer sent letters to rescind immediately and notice of error and motion to set aside & every other thing possible. It sounds like if we re-email wire $ receipt and the agreement with lender we should be ok. Except I think I need new heart and whatever else falls apart from stress

**JACKIE**

And they asked him for her. I forgot what it's called like a the breakdown of everything of like who bought it all this stuff and they haven't sent it to us yet cuz I'd actually like to contact whoever it is that bought it if it's just a person and cuz they're going to get screwed out of this too it's crap

**JACKIE**

We got letters yesterday because they sold our loan to Carrington mortgage and it says to make our normal payment to them by the 17th. This is all so weird

**LORI GOODWIN**

Sounds stressful and awful!

**JACKIE**

I've decided I'm either going to burn the house down or this will work out and I'm going to go on vacation afterwards. I don't know which yet. LOL

**LORI GOODWIN**

Not sure if that's an invite or not but I'm good for either. I love a good bonfire. I also thrive on vacation.

**JACKIE**

It could be both. Can be a quick bonfire and then we better hop on the plane and go LOL

— Monday, Jun 1 • 3:38 PM —

**LORI GOODWIN**

Perfect!

CONF

**LORI GOODWIN**

Hey! Did you get the house thing figured out

— Tuesday, Jun 2 • 12:28 PM —

**LORI GOODWIN**

Girl!!!

9:40

Lori Goodwin

503-538-8311

lorig@willcutscompany.com

Tax Report
Tax ID: 77071

2/26/2026 9:40PM

## Yamhill County, OR:

Prop Addr: 9449 NE KEYES LN
DUNDEE , OR 97115-9170
Latest Listing ID: 5065460
County: Yamhill
Carrier Rt: R001

## Owner Information:

Owner Name: WRIGHT JASON P; WRIGHT JACQUELINE A
Owner Addr: 9449 NE KEYES LN
DUNDEE , OR 97115
Phone:
Carrier Rt:

## Land Information:

Lot SqFt: 222156
Acreage: 5.1

## Building Information:

Pic of Plaintiffs Deed sent by Lori Goodwin

Year Built: 1977
Stories: 1+B
Living SF: 2160
Bldg SF Ind:
Bsmnt SF: 936
# of Bldgs: 0
Bldg Code:
Fireplace: Yes
Bedrooms: 4
Bathrooms: 2
Parking SF: 288
Garage: Garage
Mobile Home:
Fou[illegible]n:
He[illegible]
Floor Cover: Carpet
Roof Cover: Composition Shingle

nlsweb.com