# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

## EXHIBIT NO. 10
## PAGES 1-6
## Letter from Judge stepping down, Eviction Summons, CRC authorized questionable signers

FILED
JUN 17 2026
Yamhill County Court

**THE CIRCUIT COURT OF THE STATE OF OREGON**
TWENTY FIFTH JUDICIAL DISTRICT
FOR THE COUNTY OF YAMHILL

Cynthia Kaufman Noble
Circuit Court Judge
*Telephone: (503) 434-7497*

535 NE 5th Street
McMinnville, OR 97128
*Fax: (503) 472-5805*

June 17, 2026

***VIA EMAIL & First-Class Mail***

Mr. Mark G. Passannante
Broer & Passannante
Attorney for Plaintiffs
8904 NE Hazel Dell Ave
Vancouver, WA 98665
mark@broerandpassannante.com

Mr. Jason P. Wright and
Ms. Jaqueline A. Wright
9449 NE Keyes Lane
Dundee OR 97115
jjwrightmasonry@frontier.com

Re: Razzle Dazzle Properties, LLC v Jason P. Wright, and Jacqueline A. Wright
Case No. 26LT06196

Dear Parties:

This matter came before the court on April 30, 2026, for a hearing in the above-entitled matter. Mr. Mark G. Passannante, Attorney for Plaintiffs, appeared on behalf of Razzle Dazzle Properties, LLC, and Mr. Jason P. Wright and Ms. Jaqueline A. Wright, appeared as Defendants and Self-Represented Litigants. At the conclusion of the hearing, the parties were given leave to submit closing statements in writing.

It came to my attention following a conversation with the Honorable Ladd J. Wiles, Presiding Judge of Yamhill County Circuit Court that the Defendants, Mr. and Mrs. Wright, had filed a Motion to Disqualify me from this matter and a civil case #26CV12886 filed by the Wrights as Plaintiffs against Defendants Nationstar Mortgage, LLC, Clear Recon Corporation, Aldridge Pite, Razzle Dazzle Properties, LLC, and Chandler & Newville, alleging bias.

Subsequent to that conversation I later discovered and read the following documents submitted to the court by Defendants Jason and Jacqueline Wright listed below:

**Document #1** Defendant's Jason P. Wright & Jacqueline Wright Written Closing Argument, Submitted Under Explicit Protest, *Attention: Judge Ladd J. Wiles Defendants Revised Written Closing Arguments*, (italic notations made in handwriting) filed May 14, 2026, consisting of 4 pages.

**Document # 2** *Emergency* Motion & Declaration to Disqualify Judge Cynthia M. Kaufman-Noble [sic] for Cause and Immediate Stay of Proceedings, with *Att: Judge Ladd J. Wiles* (italic notations made in handwriting) filed May 14, 2026, consisting of 6 pages, with Service date incorrectly noted as February 14, 2026.

**Document #3** Order to Disqualify Judge Cynthia M. Kaufman-Noble [sic] for Cause and Stay Proceedings, dated May 13, 2026, filed May 14, 2026, consisting of 15 pages, and denied by Judge Wiles on May 18, 2026 at 10:35 a.m.

**Document #4** Amended Emergency Ex Parte Motion to Stay Proceedings and Motion to Disqualify for Cause Pursuant to ORS 14.210, with *Att: Judge Ladd J. Wiles Amended Ex Parte*, (italic notations made in handwriting) signed May 14, 2026, and filed on May 15, 2026, consisting of 10 Pages.

**Document # 5** Order to Stay Proceedings and Disqualify, *Amended Order 5/15/26*, (italic notations made in handwriting), dated May 15, 2026, and filed May 15, 2026, consisting of 4 pages. Denied by Judge Ladd Wiles May 18, 2026, at 10:30 a.m.

I disavow everything that is stated by Defendants as personal bias; but to avoid the appearance of any bias and because of the very personal information presented, I have contacted Judge Wiles to assign another judge to hear this case. This matter will be reassigned to another judge to listen to the record, review the written closing arguments submitted by the parties, and issue a ruling once Judge Wiles gives his approval.

Respectfully,

Cynthia Kaufman Noble
Circuit Court Judge

C: file

3/13/2026 3:43 PM
26LT06196

# IN THE CIRCUIT COURT FOR THE STATE OF OREGON

## FOR THE COUNTY OF YAMHILL

Razzle Dazzle Properties, LLC,
Plaintiff (Landlord or Agent).

v.

Jason P Wright & Jacqueline A Wright and All Other Occupants,
Defendant (Tenants/Occupants)

**SUMMONS EVICTION**
(Tenancy not covered by ORS Chapter 90)

CASE NO. 26LT06196

**TO:** 9449 NE Keyes Lane, Dundee OR 97115
(Street address and city of property occupied by defendant)

(Mailing address if different from street address)

**NOTICE TO TENANTS: READ THESE PAPERS CAREFULLY**
**YOUR LANDLORD WANTS TO EVICT YOU**

On March 24 2026 **at** 8:30 **a.m./p.m.**, you must come to the County Circuit Court House, located at **Yamhill County Courthouse, 535 NE 5th Street, McMinnville, OR 97128.**

- If you do not appear in court and **your landlord does, your landlord will win automatically and can have the Sheriff physically remove** you.
- If you do show up in court and your landlord does not, this eviction action will be dropped.
- If both of you show up:
- The judge may ask you to try to reach an agreement with your landlord, but this is voluntary. Trained mediators may be available free of charge to help resolve disputes.
- The court will schedule a trial if you and your landlord do not reach an agreement or if you do not agree to move out.

**IF YOU WANT A TRIAL, YOU MUST:**

- Show up in court at the time scheduled above;
- On the same day, file an Answer with the Court giving a legal reason why you should not be evicted (the Court can give you a form);
- Give a copy of the Answer to your landlord (or your landlord's agent or attorney); and
- Pay a filing fee of $88.00 (the judge may allow payment to be deferred in certain circumstances).

**IF YOU HAVE QUESTIONS, YOU SHOULD SEE AN ATTORNEY IMMEDIATELY**. If you need help finding an attorney, you can call the Oregon State Bar's Lawyer Referral Service at 503-684-3763 or toll-free in Oregon at 1-800-452-7636.

If you are a veteran of the armed services, assistance may be available from a county veterans services officer or community action agency. Contact information for a local county services officer and community action agency may be obtained by calling a 2-1-1 information service.

Low-income tenants who have received a court summons about an eviction case may contact the Eviction Defense Project at (888) 585-9638 or e-mail evictiondefense@oregonlawcenter.org to seek free legal defense.

Date: March 13, 2026

Mark G. Passannante OSB# 944035
8904 NE Hazel Dell Ave.
Vancouver, WA 98665
(503) 294-0910

TS No.: 138188-OR
Loan No.: ******7915

The current beneficiary is:
**JPMORGAN CHASE BANK, NA AS SUCCESSOR BY MERGER TO J.P. MORGAN MORTGAGE ACQUISITION CORP.**

Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

| | |
|---|---|
| *Delinquent Payments:* | |
| Dates: | Total: |
| 3/1/2025 – 10/1/2025 | $11,766.00 |
| *Late Charges:* | $294.16 |
| *Beneficiary Advances:* | $6,300.52 |
| ***Total Required to Reinstate:*** | **$18,360.68** |
| ***TOTAL REQUIRED TO PAYOFF:*** | **$315,731.69** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $302,675.96 together with interest thereon at the rate of 4.875 % per annum, from 2/1/2025 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust

Whereof, notice hereby is given that the undersigned trustee, CLEAR RECON CORP, whose address is 1915 NE Stucki Avenue, Suite 400, Hillsboro, OR 97006, will on **2/1[illegible]/2026**, at the hour of **11:00 AM**, standard time, as established by ORS 187.110, AT **THE 5TH STREET ENTRANCE TO THE YAMHILL COUNTY COURTHOUSE, 535 E 5TH ST, MCMINNVILLE, OR 97128**, sell at public auction to the highest bidder in the form of cash equivalent (certified funds or cashier's check) the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale.

Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale.

**Exhibit 10**
Page 4 of 6

# TRUSTEE'S NOTICE OF SALE

TS No.: 138188-OR
Loan No.: ******7915

Reference is made to that certain trust deed (the "Deed of Trust") executed by JASON P. WRIGHT AND JACQUELINE A. WRIGHT, AS TENANTS BY THE ENTIRETY, as Grantor, to FIRST AMERICAN TITLE COMPANY, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR CITIMORTGAGE, INC., BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, dated 12/21/2010, recorded 1/10/2011, as Instrument No. 201100432, in the Official Records of Yamhill County, Oregon, which covers the following described real property situated in Yamhill County, Oregon:

**A PART OF SECTION 26 IN TOWNSHIP 3 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN IN YAMHILL COUNTY, OREGON, BEING DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT ON THE SECTION LINE BETWEEN SECTIONS 26 AND 27 THAT IS NORTH 00 01' WEST 1293 FEET FROM THE WEST QUARTER CORNER OF SECTION 26; THENCE EAST 497 FEET; THENCE SOUTH 12 07' 28" WEST 579.59 FEET TO THE NORTHERLY LINE OF COUNTY ROAD NO. 75 THENCE ALONG THE NORTHERLY LINE OF SAID COUNTY ROAD THE FOLLOWING COURSES AND DISTANCES; NORTH 67 37' WEST 276.84 FEET; NORTH 80 46' WEST 120.62 FEET TO THE WEST OF SAID SECTION 26; THENCE NORTH 00 01' 51" WEST ALONG THE WEST LINE OF SAID SECTION 26; 44[illegible] FEET TO THE POINT OF BEGINNING.**

**EXCEPT THAT PORTION DEEDED TO YAMHILL COUNTY FOR ROAD PURPOSES BY DEED RECORDED FEBRUARY 28, 197[illegible] IN FILM VOLUME 88, PAGE 784, DEED AND MORTGAGE RECORDS OF YAMHILL COUNTY, OREGON.**

**SUBJECT TO AND INCLUDING AN EASEMENT FOR ROAD AND UTILITIES PURPOSES, SAID EASEMENT BEING DESCRIBED AS FOLLOWS:**

**A PART OF SECTION 26 IN TOWNSHIP 3 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN, YAMHILL COUNTY, OREGON BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT ON THE SECTION LINE BETWEEN SECTIONS 26 AND 27 THAT IS NORTH 00 01' 51" WEST, 1730 FEET FROM THE WEST ONE-QUARTER CORNER OF SAID SECTION 26; THENCE EAST, 621.80 FEET; THENCE SOUTH 12 07' 28" WEST, 1018.07 FEET; THENCE SOUTH 67 37' EAST, 143.07 FEET; THENCE SOUTH 85 59' 30" WEST, 44.96 FEET; THENCE NORTH 67 37' WEST, 239.63 FEET; THENCE SOUTH 80 01' EAST, 78.61 FEET; THENCE NORTH 12 07' 28" EAST, 150.58 FEET; THENCE SOUTH 77 52' 32" EAST, 10 FEET; THENCE NORTH 12 07' 28" EAST, 697.12 FEET; THENCE NORTHWESTERLY 144.76 FEET ALONG THE ARC OF A 70 FOOT RADIUS CURVE LEFT THROUGH A CENTRAL ANGLE OF 102 07' 28" (CHORD BEARS NORTH 38 59' WEST, 108.98 FEET); THENCE WEST 460.87 FEET TO THE WEST LINE OF SAID SECTION 26; THENCE NORTH 00 01' 51" WEST, 60 FEET TO THE POINT OF BEGINNING.**

**APN: 77071 / R3326 007**

Commonly known as:
9449 NE KEYES LN
DUNDEE, OR 97115-9170

...WHEREOF, the undersigned trustee has executed this instrument; any signature ...entity is made with the authority of that entity.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRU... VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR AC... THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHE... THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED US...

Date: FEB 27 2026

CLEAR RECON CORP

Monica Chavez
Authorized Signor

PURSUANT TO CAL. CIVIL CODE § 1189:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

On FEB 27 2026 before me, Jazmin Chavez, a Notar... personally appeared Monica Chavez, who proved to me on the basis of satisf... evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged t... he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s... instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I... under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is t... correct.

WITNESS my hand and official seal.

Signature (seal)

Notary Public

My Commission Expires: 08/02/2029

JAZMIN CHAVEZ
Notary Public - California
San Diego County
Commission # 2538647
My Comm. Expires Aug 1, 2029

**Exhibit 10**
Page 6 of 6