# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

## EXHIBIT NO. 11
## PAGES 1-3
## BUSINESS REGISTRATION SHOWING ALDRIDGE PITE, LLP AND CRC ARE OWNED/OPERATED BY SAME PEOPLE

Date Filed: 12/19/2024
State of Alaska, DCCED

THE STATE of ALASKA

Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806
(907) 465-2550 • Email: corporations@alaska.gov
Website: corporations.alaska.gov

FOR DIVISION USE ONLY

Web-12/19/2024 6:32:04 AM

# Foreign Business Corporation

## 2025 Biennial Report

For the period ending December 31, 2024

**Due Date:** This report along with its fees are due by January 2, 2025

**Fees:** If postmarked before February 2, 2025, the fee is $200.00.
If postmarked on or after February 2, 2025 then this report is delinquent and the fee is $247.50.

**Entity Name:** Clear Recon Corp

**Entity Number:** 10051450

**Home Country:** UNITED STATES

**Home State/Prov.:** CALIFORNIA

**Physical Address:** 3333 Camino del Rio South, SUITE 225, SAN DIEGO, GA 92108 ←

**Mailing Address:** 3525 PIEDMONT ROAD NE, BUILDING SIX SUITE 700, ATLANTA, GA 30305 ←

**Registered Agent** information cannot be changed on this form. Per Alaska Statutes, to update or change the Registered Agent information this entity must submit the Statement of Change form for this entity type along with its filing fee.

**Name:** Registered Agent Solutions, Inc.

**Physical Address:** 1400 W BENSON BLVD STE 370, ANCHORAGE, AK 99503

**Mailing Address:** 1400 W BENSON BLVD STE 370, ANCHORAGE, AK 99503

3

VAP / CRC same entity

**Exhibit 11**
Page 1 of 3

**Officials:** The following is a complete list of officials who will be on record as a result of this filing.

- **Provide all officials and required information. Use only the titles provided.**
- **Officers and Directors, who must be individuals:** For signing authority and future filing purposes, a Foreign Business Corporation may need to have at least a President or Vice-President and Secretary or Assistant Secretary on record with this office. Provide the individuals who are directors.
- **Shareholders:** the entity must provide all Shareholders who own 5% or more of the Issued Shares. Shareholders may be an individual or another entity.
- **Alien Affiliates:** the entity must provide all Alien Affiliates (non-U.S.), which may be an individual or another entity.

| Full Legal Name | Complete Mailing Address | % Owned | Alien Affiliate | Assistant Secretary | Assistant Treasurer | Director | President | Secretary | Shareholder | Treasurer | Vice President |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John G. Aldridge, Jr., P.C. | 6 Piedmont Center, 3525 Piedmont Rd., NE, Ste 700, ATLANTA, GA 30305 | 75.00 | | | | | | | X | | |
| Monica Chavez | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | | | | X |
| Marissa G. Connors | 6 Piedmont Center, 3525 Piedmont Rd., NE, Ste 700, ATLANTA, GA 30305 | 9.00 | | | | | | | X | | |
| Edward Jamir | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | | | X | |
| Tammy Laird | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | X | | | | |
| Steven Pite | 3333 Camino del Rio South, Suite 225, San Diego, CA 92108 | 15.00 | | | | | | | X | | |
| Hamsa Uchi | 3333 Camino del Rio South, Suite 225, SAN DIEGO, CA 92108 | | | | | | | X | | | |

If necessary, attach a list of additional officers on a separate 8.5 X 11 sheet of paper.

**Purpose:** all other legal services

**NAICS Code:** 541199 - ALL OTHER LEGAL SERVICES

**New NAICS Code (optional):**

**Issued Shares:** The entity must provide the number of Issued Shares

- Do not leave Issued Shares blank.
- If there are Shareholders then you must provide a number of Issued Shares. Do not exceed the number of Authorized Shares.
- If there are no Issued Shares (and no Shareholders) then provide "0" or "zero" or "none".
- To change Class, Series, Authorized Shares, or Par Value submit an amendment.

| Class | Series | Authorized Shares | Par Value | Number of Issued Shares |
|---|---|---|---|---|
| Common | | 100000 | 0.000000 | 66666 |

*Mandatory. Do not leave blank.*

This form is for use by the named entity only. Only persons who are authorized by the above Official(s) of the named entity may make changes to it. If you proceed to make changes to this form or any information on it, you will be certifying under penalty of perjury that you are authorized to make those changes, and that everything on the form is true and correct. In addition, persons who file documents with the commissioner that are known to the person to be false in material respects are guilty of a class A misdemeanor. Continuation means you have read this and understand it.

**Name:** Terrie Stillwagon

**Exhibit 11**
Page 2 of 3

RECEIVED
Juneau
APR 16 2018
CBPL

**ITEM 7**: Effective date of qualification if deferred from date of filing (mm/dd/yyyy format): ___/___/_____

**ITEM 8: Signatures**
The statement filed by a partnership must be executed by at least two partners.

| | | |
|---|---|---|
| [signature] | John G. Aldridge, Jr., P.C., by John G. Aldridge, Jr. | 04/1/2018 |
| Signature of Partner | ~~Printed Name of Partner~~ | Date |
| [signature] | Marissa G. Connors | 04/6/2018 |
| Signature of Partner | Printed Name of Partner | Date |

**NOTE:** Persons who sign documents filed with the commissioner that are known to the person to be false in material respects are guilty of a class A misdemeanor.

Mail the Statement of Foreign Qualification and the $150.00 filing fee in U.S. dollars to:
State of Alaska, Corporations Section, PO Box 110806, Juneau, AK 99811-0806

**STANDARD PROCESSING TIME** for complete and correct applications submitted to this office is approximately 10-15 business days. All applications are reviewed in the date order they are received. To file your application online for immediate processing, visit our website at: www.commerce.alaska.gov/occ.

Showing Aldridge Pite is Exact same address etc as Clear Recon Corp.



Exhibit 11
Page 3 of 3