# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JASON P WRIGHT,**
**JACQUELINE A WRIGHT**

PLAINTIFFS

**V.**

**NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER**
**Et al.**

**Case No. 3:26-cv-00987- AN**

## EXHIBIT NO. 12
## PAGES 1-7
## Business registry for Kindred, LLC
## Texts sent from Kindred employees to Plaintiff, and to Plaintiffs family

## About This Business

Kindred LLC

### Additional Contact Information

**Principal Contacts**
Mr. John Fitzgerald, Marketing Director
Mr. Demian Z Heald, Member

**Customer Contacts**
Mr. John Fitzgerald, Marketing Director

**Additional Email Addresses**
Sales: Email this Business
Technical Support: Email this Business
Customer Service: Email this Business

### Business Details

**Local BBB:** BBB Great West + Pacific

**BBB File Opened:** 6/22/2020

**Business Started:** 8/26/2019

**Business Incorporated:** 8/26/2019

**Type of Entity:** Limited Liability Company (LLC)

### Licensing information

This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

### Additional Information

Kindred, LLC offers services to claim assets held by the government.

**Business Categories**
Asset Recovery

**BBB Accredited Since:** 6/22/2020

**Years in Business:** 6

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.

We use cookies to give users the best content and online expe
Cookies", you agree to allow us to use all cookies. Visit our Pri

Exhibit 12.
Page 1 of 7.

9:15

(503) 430-4441

Thursday, Feb 19 • 1:15 PM

Hello Jacqueline, you and I connected yesterday at the property.

Were you able to connect with your attorney? Please let me know. Thanks.

Connor Clark
Kindred

1:15 PM

RCS messa...

(213) 528-5198

3:58 PM

The home sold for $520,700, leaving $204,968 in leftover equity to Jason Wright & Jacqueline Wright or their next of kin. Would you like to book an appointment?

3:58 PM

(307) 207-3885

Yesterday • 1:51 PM

Texting with (307) 207-3885 (SMS/MMS)

Hi Charlane, it's Bellator. Are you a contact for Jason Wright? If so ask them to call us

Reply STOP to e

Texting with (213) 528-5198 (SMS/MMS)

Hi - this is Ryan... do you know Jason Wright & Jacqueline Wright? Reply UNSUBSCRIBE to stop Thanks, The Foreclosure

Refund Experts

Their property was just auctioned on 2/17/2026 in Yamhill County. The owner is owed a surplus of $204968.

Wednesday • 3:52 PM

consultation to

review options that could directly impact your legal matter for 9449 Ne Keyes Ln, Dundee, OR 97115.

Unsubscribe

You have