# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JASON P WRIGHT,**
**JACQUELINE A WRIGHT**

PLAINTIFFS

**V.**

**NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER**
**Et al.**

**Case No. 3:26-cv-00987- AN**

## EXHIBIT NO. 13
## PAGES 1-8

Property flipped by Chandler and Newville and Vantage Homes (owned by Sean Robbins), owned now by Jennifer and David Doble

Estimated Market Value

$551,458

Price/sqft $323 Neighborhood $339/sqft

$ Estimated Rental Potential

$2,766 /mo

Cap rate 3.31% Yield 6.02%

Estimated Home Equity

$214,773

Loan balance $336,685 LTV 61.05%

## Property Ownership

Owner
**JENNIFER DOBLE**

Co-owner
**DAVID DOBLE**

Owner Contact Research PRO

**Find owner contact info**

Upgrade to Pro to access owner contact research from this record when it becomes available.

Upgrade to Pro

Occupancy
**Owner Occupied**

Owner Since
**May 14, 2019**

Mailing Address
**405 SW 7th Ave, Canby, OR 97013**

## Property Details

SEARCH ADDRESS

Search for any address

Upgrade to Pro

## Highlights

- RV Access or Parking
- Private Lot
- No HOA
- Custom Home
- Granite Countertops
- 2 Car Attached Garage

## About This Home

As of May 2019

Contemporary home with style and elegance. This house boasts granite counters, designer cabinets, and all of the bells and whistles of a newer built home. The open floor plan and oversized living areas are great for families and entertaining.

Last Agent to Sell the Property
**Sean Robbins**
eXp Realty, LLC
License #201206043
Listed on: 04/13/2019

eXp REALTY

Last Buyer's Agent
**Kent Mathews**
John L. Scott Portland Central
License #961100216

John L. Scott REAL ESTATE

## Home Details

**Home Type**
Single Family

**Est. Annual Taxes**
$3,922

**Year Built**
Built in 2007

**Lot Details**
7,405 Sq Ft Lot
Private Lot
Secluded Lot

**Parking**
2 Car Attached Garage
RV Access or Parking

**Home Design**
Custom Home
Composition Roof
Cement Siding

**Interior Spaces**
1,706 Sq Ft Home
1-Story Property
Family Room

**Bedrooms and Bathrooms**
3 Bedrooms
2 Full Bathrooms

**Schools**
Lee Elementary School
Baker Prairie Middle School
Canby High School

See Similar Homes for Sale

Homes.com

### Utilities

No Cooling
Forced Air Heating System
Heating System Uses Gas
Gas Water Heater

### Community Details

No Home Owners Association

### Listing and Financial Details

Assessor Parcel Number 05015798

See All MLS Data

## Ownership History

Current Owners May 2019 - Present
**Doble Jennifer L and Doble David**

May 2019 - May 2019
**Chandler And Newville Inc**

Apr 2019 - May 2019
**Vantage Homes Llc and Chandler & Newville Inc**

Sep 2018 - Apr 2019
**Chandler And Newville Inc**

Mar 2008 - Sep 2018
**Jackson David D**

Source: Public Records

### Create a Home Valuation Report for This Property

The Home Valuation Report is an in-depth analysis detailing your home's value as well as a comparison with similar homes in the area

Create the Home Valuation Report for This Property

## Home Values in the Area

Single Family Homes

Values Values Per Sq Ft

See Similar Homes for Sale

**AssessorSearch**

# 405 SW 7th Ave

Canby, OR, 97013

Clackamas County, Oregon

Last update: **October 27, 2025**

| | | |
|---|---|---|
| Single Family | **3 bedrooms** | **2 bathrooms** |
| 1,709 living sq ft | **7,405 lot sq ft** | **Built 2007** |

FREE PLAN

Last free view

This is your last free property view.

3 of 3 used

**Upgrade**

## Property Location






SEARCH ADDRESS

Search for any address

Upgrade to Pro

## Deed Transaction History

### December 12, 2023

Amount
**$50,000**

Transaction Type
**HELOCS**

Buyer
**DOBLE DAVID & DOBLE JENNIFER L**

Buyer Entity
**Individual**

Seller
--

Seller Entity
**Individual**

Lender
**RIVERMARK COMMUNITY CU**

Title Company
**LAWYERS TITLE**

Document #
**2023.43826**

### December 12, 2023

Amount
**$50,000**

Transaction Type
**HELOCS**

Buyer
**DOBLE DAVID & DOBLE JENNIFER L**

Buyer Entity
**Individual**

Seller
--

Seller Entity
**Individual**

Lender
**RIVERMARK COMMUNITY CU**

Title Company
**LAWYERS TITLE**

Document #
**2023.43826**

SEARCH ADDRESS

Search for any address

Upgrade to Pro

March 6, 2008

Amount
$304,000

Buyer
JACKSON DAVID D

Seller
TIPIKIN KIPRIAN & TIPIKIN ANNA P

Lender
PLAZA HOME MORTGAGE INC

Document #
2008.16002

Transaction Type
Arms Length

Buyer Entity
*Individual*

Seller Entity
Individual

Title Company
PACIFIC NW TITLE

Show Less

## Permits History

June 19, 2019

Permit Type
Building - mechanical residential

Permit Number
B0318519

Job Value
--

Description
Install air conditioner

Status
Issued

Contractor
Roth Zachry Heating INC

Fees
$90

SEARCH ADDRESS

Search for any address

Upgrade to Pro

### May 1, 2019

| | |
|---|---|
| Amount | Transaction Type |
| $0 | **Non-Arms Length** |
| Buyer | Buyer Entity |
| CHANDLER AND NEWVILLE INC | **Individual** |
| Seller | Seller Entity |
| VANTAGE HOMES LLC | **Corporate** |
| Title Company | Document # |
| NONE AVAILABLE | **2019.23345** |

### April 16, 2019

| | |
|---|---|
| Amount | Transaction Type |
| $319,000 | **REO** |
| Buyer | Buyer Entity |
| VANTAGE HOMES LLC & CHANDLER & NEWVILLE INC | **Individual** |
| Seller | Seller Entity |
| JACKSON DAVID D | **Individual** |
| Title Company | Document # |
| NONE AVAILABLE | **2019.19793** |

### October 1, 2018

| | |
|---|---|
| Amount | Transaction Type |
| $750 | **Arms Length** |
| Buyer | Buyer Entity |
| CHANDLER AND NEWVILLE INC | **Individual** |
| Seller | Seller Entity |
| JACSON DAVID D | **Individual** |

SEARCH ADDRESS

Search for any address

**Upgrade to Pro**

### May 5, 2021

| | |
|---|---|
| Amount | Transaction Type |
| $320,000 | REFI LOANS and 2ND TRUST DEEDS |
| Buyer | Buyer Entity |
| DOBLE JENNIFER L & DOBLE DAVID | Individual |
| Seller | Seller Entity |
| -- | Individual |
| Lender | Title Company |
| CROSSCOUNTRY MORTGAGE LLC | FIDELITY NATIONAL TTL OF OR |
| Document # | |
| 2021.45698 | |

### May 15, 2019

| | |
|---|---|
| Amount | Transaction Type |
| $400,000 | New Construction |
| Buyer | Buyer Entity |
| DOBLE JENNIFER L & DOBLE DAVID | Individual |
| Seller | Seller Entity |
| CHANDLER & NEWVILLE INC | Corporate |
| Lender | Title Company |
| FINANCE OF AMERICA MORTGAGE LLC | FIRST AMERICAN TITLE |
| Document # | |
| 2019.26132 | |

SEARCH ADDRESS

Search for any address

Upgrade to Pro