# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT,
JACQUELINE A WRIGHT

PLAINTIFFS

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER
Et al.

Case No. 3:26-cv-00987- AN

## EXHIBIT NO. 14
## PAGES 1-11

Article about Sean Robbins and his real estate and his companies. Last paragraph states, “Sean and his partner Jeff Newville”

Business registry that show Razzle Dazzle Properties LLC is a “shell company”

Renne Atkinson, Sean Robbins Real Estate License,

Renee Atkinson reviews she posted written by Chandler and Newville, Jeff Newville, and Sandee Newville, showing Chandler and Newville was Her past employer for 10+ years.

Paperwork from Title company from 2006 showing Matt Willcuts getting commission from selling Plaintiffs home on Foothills Dr to buy current property




PG 1 of 2

In 2009, Sean formed the Private Placement Real Estate Fund for family and friends. **Equity West Capital Partners** resulted in the EWCP TS Fund LLC – Sean raised $5 million from 2010 to 2013 and purchased more than 200 homes (primarily at foreclosure auctions). Investors reaped 12% per year and were paid monthly dividends. Sean then set up a second fund and earned investors an excess of 6% return.

In 2013, Sean created his flagship fund, **EWCP LTH Fund** (Long Term Hold Fund). The fund purchased distressed single family real estate in the Pacific Northwest. In four years, it raised just under $10 Million and purchased more than 200 homes in the greater Portland area. The results were $60 million in homes owned and an investment return of over 10% per year for more than 8 years — final returns are projected to be 15% per year.

Between 2015 and 2017, Sean formed **Pacific Realty Northwest** and **Northpoint Realty** — two best in class brokerages, the former located in Oregon and the latter located in Washington. In 2019, Pacific Realty was ranked in the top 100 for volume in the state of Oregon.

In 2018, Sean and two partners also formed **Riverbend Lending**, now the premier private money lending source in the Pacific Northwest with offices in Seattle, Portland, San Francisco, Newport Beach, Dallas, Charlotte, and Tennessee. Riverbend has grown from $60 million in funding in 2018 to more than $200 million in 2020. Sean owns 30% of the company and is Director of Originations.

In 2019, Sean co-founded **Property Max**, a leading off market purchaser of distressed homes using digital and print marketing to access clientele who are in need of a quick home sale. The company purchased more than 200 properties in 2020 alone.

Also, in late 2019, Sean and his partner Jeff Newville purchased **Persimmon Country Club** from a distressed sale. The club went from insolvent and near closure to being on course to break even by the end of 2021. Sean and Jeff have hired all new management, remodeled the clubhouse, and upgraded all greens and tees. Sixty new members have joined in the last 12 months.

# APPLICATION FOR AUTHORITY

Corporation Division
sos.oregon.gov/business

E-FILED
Oct 23, 2025
OREGON SECRETARY OF STATE

**REGISTRY NUMBER**

248281495

**TYPE**

FOREIGN LIMITED LIABILITY COMPANY

**1. ENTITY NAME**

RAZZLE DAZZLE PROPERTIES LLC

**2. MAILING ADDRESS**

8599 HAVEN AVE STE 202
RANCHO CUCAMONGA CA 91730 USA

**3. NAME & ADDRESS OF REGISTERED AGENT**

WILLIAM CHAPMAN

5075 SW GRIFFITH DR STE 200
BEAVERTON OR 97005 USA

**4. MANAGEMENT**

This Limited Liability Company will be manager-managed by one or more managers

**5. DATE OF ORGANIZATION**

04-10-2024

**6. DURATION**

PERPETUAL

**7. JURISDICTION**

DE

**8. PRIMARY PHYSICAL LOCATION**

8599 HAVEN AVE STE 202
RANCHO CUCAMONGA CA 91730 USA

# AMENDED ANNUAL REPORT

Corporation Division
sos.oregon.gov/business

E-FILED
Mar 01, 2026
OREGON SECRETARY OF STATE

**REGISTRY NUMBER**
101247591

**REGISTRATION DATE**
04/15/2014

**BUSINESS NAME**
VANTAGE HOMES LLC

**BUSINESS ACTIVITY**
INVESTOR

**MAILING ADDRESS**
5075 SW GRIFFITH DR STE 200
BEAVERTON OR 97005 USA

**TYPE**
DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**
5075 SW GRIFFITH DR STE 200
BEAVERTON OR 97005 USA

**JURISDICTION**
OREGON

**REGISTERED AGENT**
MARK PASSANNANTE
7959 SE FOSTER RD
PORTLAND OR 97206 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**
SEAN ROBBINS
3416 VIA OPORTO
#301
NEWPORT BEACH CA 92663 USA

Oregon Real Estate Agency

Scroll down to see Disciplinary Actions for the listed licensee. If Disciplinary Actions do not appear, it means the Agency has no record of administrative actions taken on this licensee.

# Lookup Detail View

### Name and Address

| Name | Alternative Name Used in Advertising | Address |
|---|---|---|
| Sean Robbins | N/A | 3416 Via Oporto Ste 301<br>Newport Beach, CA 92663-3945 |

### License Information

| License | License Type | Expiration Date | Status | Document(s) |
|---|---|---|---|---|
| 201206043 | Principal Broker | 10/31/2027 | ACTIVE | |

### Affiliated With

| Name | Address | License | License Type | Status | Affiliation Date |
|---|---|---|---|---|---|
| EXP REALTY, LLC | 4800 Meadows RD Ste 300<br>Lake Oswego, OR 97035 | 201001030 | Registered Business Name | ACTIVE | 09/15/2022 |

### Disciplinary Actions

| Case # | Order Signed Date | Resolution | Found Issues | Document(s) |
|---|---|---|---|---|
| 2018-667 | 06/09/2021 | Sanction - Reprimand | Failure to Disclose<br>Failure to Supervise | [Final Order] (ViewPublicLookupDocument.aspx?DocumentIdnt=82947&GUID=D2EDB1AB-2E64-4A7E-8D2E-A2A911D20465) |

Generated on: 7/20/2026 6:53:38 AM

Oregon Real Estate Agency

Scroll down to see Disciplinary Actions for the listed licensee. If Disciplinary Actions do not appear, it means the Agency has no record of administrative actions taken on this licensee.

# Lookup Detail View

**Name and Address**

| Name | Alternative Name Used in Advertising | Address |
|---|---|---|
| Renee Atkinson | N/A | 611 Camden Ln<br>Newberg, OR 97132 |

**License Information**

| License | License Type | Expiration Date | Status | Document(s) |
|---|---|---|---|---|
| 201239468 | Broker | 07/31/2028 | ACTIVE | |

**Affiliated With**

| Name | Address | License | License Type | Status | Affiliation Date |
|---|---|---|---|---|---|
| WILLCUTS COMPANY REAL ESTATE | 600 E 2nd St.<br>Newberg, OR<br>97132-2930 | 200509172 | Registered Business Name | ACTIVE | 12/07/2020 |

Generated on: 7/20/2026 6:10:28 AM

**Statement**

"I have known Renee for over 15 years, the last 10 of those as her employer with Chandler & Newville, Inc., a local real estate investment company dealing primarily in the purchase and sale of residential properties. In that time, I have never had an employee more capable of tackling and overcoming any challenge put in front of her. She has dealt with the purchase and sale of hundreds of properties during her employment and has shown an amazing aptitude in this field. She has always exhibited a level of integrity that refuses to be compromised no matter the situation. She has an uncanny ability to put those she's dealing with across the table at ease, while relying on a professional competence that strikes the best deal for those she represents!"

**Jeff Newville**
President
Chandler & Newville Inc.

"Renee sold the two properties we had in McMinnville and did an outstanding job. From providing an a-ccurate valuation and recommenda-tions to finding the right buyer and everything in between, her profes- seamless and successful sale. We will be using her again for any properties that come up in the future both for our buying and selling needs!!"

Chandler & Newville, Inc., Sellers

"It was a great experience working with Renee Atkinson on buying our house. She was not only efficient & hardworking, but was also very friendly and amiable to all involved. She tackled any questions and concerns with facts and follow through, getting to the information necessary. Her willingness to go above and beyond was very evident to us!!

If we ever decide to move again we will absolutely use Renee."

**Sandee Newville**

The Newville's, Buyers

TICOR TITLE INSURANCE

# Seller Settlement Statement

Folder Number: 866072

Settlement Date: Estimated

Name and Address of Buyer(s): Gregory A. Taylor and Jennifer Taylor
8900 SW Sweek Drive #1434
Tualatin, OR 97062

Name, Address of Seller(s): Jason Patrick Wright and Jacqueline Ann Wright
901 Foothills Drive
Newberg, OR 97132

Property Location(s): 901 Foothills Drive
Newberg, OR 97132

Settlement Agent: Ticor Title Insurance Company
619 E. Hancock St
Newberg, OR 97132
Contact: Newberg Office at (503)538-0656

| Description | | (POC) | Seller Debit | Seller Credit |
|---|---|---|---|---|
| Contract Sales Price | | | | 238,000.00 |
| **PRORATION(S)/OFFSET(S)** | | | | |
| County Tax Proration | | | | 714.97 |
| 03/17/06 to 07/01/06 (106 days) @ 6.744986/day | | | | |
| HOA Proration | | | | 116.79 |
| 03/17/06 to 01/01/07 (290 days) @ 0.402740/day | | | | |
| **BROKER'S COMMISSION** | | | | |
| Total Commission | | | 11,900.00 | |
| Division of Commission | | | | |
| to Willcuts Company Realtors | | | | |
| 55% of Total Commission | $6,545.00 | | | |
| Division of Commission | | | | |
| to Windermere/C & C RGI | | | | |
| 45% of Total Commission | $5,355.00 | | | |
| **PAYOFF(S)** | | | | |
| First Horizon Home Loan Corporation | | | 138,266.76 | |
| Principal | $137,059.78 | | | |
| Interest | $1,070.78 | | | |
| to 03/16/06 | | | | |
| Interest | $95.20 | | | |
| 03/16/06 to 03/20/06 (4 days) | | | | |
| @ 23.800000/day | | | | |
| Recording Fee | $26.00 | | | |
| to First Horizon Home Loan Corporation | | | | |
| Convenience Fee | $15.00 | | | |
| to First Horizon Home Loan Corporation | | | | |
| First Tennessee Bank | | | 1 | |
| Principal | $11,979.35 | | | |

Exhibit 14
Page 10 of 11