# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

JASON P WRIGHT
JACQUELINE A WRIGHT

Plaintiffs,

V.

NATIONSTAR MORTGAGE d/b/a RUSHMORE SERVICING d/b/a MR COOPER,
Et al.

Case No. 3:26-cv-00987- AN

**EXHIBIT NO 15**

**Pages 1-~~4~~ 5**

**Tax ID Lots for Chehalem Drive**

**17125, 17705, 17025 NE Chehalem Dr**

1843 YAMHILL COUNTY

Yamhill County, Oregon
"In the heart of the Willamette Valley"

535 NE 5th Street
McMinnville, OR 97128
503-434-7521



# Property Account Summary

7/21/2026

Click image above for more information

| | | | |
|---|---|---|---|
| Account Number | 505636 | Property Address | 17125 NE CHEHALEM DR , NEWBERG, OR 97132 |

## General Information

| | |
|---|---|
| Alternate Property # | R3301 00507 |
| Property Description | PT PARCEL 1 P1992-26 |
| Property Category | Land &/or Buildings |
| Status | Active, Host Other Property, Locally Assessed, Use Assessed |
| Tax Code Area | 29.2 |
| Remarks | POTENTIAL ADDITIONAL TAX LIABILITY |

## Tax Rate

| Description | Rate |
|---|---|
| Total Rate | 13.0618 |

## Property Characteristics

| | |
|---|---|
| Neighborhood | Rural Grand Isld MFH With Land |
| Land Class Category | 549 Farm Non-EFU Manufactured Home |
| Account Acres | 5.2800 |
| Change Property Ratio | Farm |

## Parties

| Role | Name |
|---|---|
| Owner | THOMASON RONALD |
| Owner | ROY HEIDI L |

## Related Properties

Exhibit 15
Page 1 of 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## EXHIBIT B: GEOGRAPHIC PROXIMITY AND PARCEL PROFILE REPORT

This exhibit provides a structured layout of the contiguous rural land development tracts along NE Chehalem Drive in Newberg, Yamhill County, Oregon. These physical properties form a sequential, interconnected corridor used by local builders and development entities.

| Property Address | Tax Lot ID / Size | Structural Profile | Network Role |
|---|---|---|---|
| 17705 NE Chehalem Dr | 15.71 Gross Acres (Parent Tract) | **5,096 Sq. Ft.** Luxury Estate / Shop | Jim Fettig (Infrastructure & Excavation) |
| 17125 NE Chehalem Dr | 5.28 Net Acres (Contiguous Parcel) | Luxury Custom Home pad 628 ft from HQ | Heidi Thomason / Red Hills (Transactional Listing Arm) |
| 17025 NE Chehalem Dr | 5.00+ Net Acres (Contiguous Parcel) | **3,342 Sq. Ft.** Office & Structures | Noble House Construction (Corporate Headquarters) |

**Proximity Analysis:** The distance from the Corporate Headquarters (17025) to the primary construction parcel (17125) is exactly 628 feet. The entire three-property alignment spans less than 0.5 miles along the ridge line, establishing a continuous geographic and commercial link.

Exhibit 15
2 of 5

535 NE 5th Street
McMinnville, OR 97128
503-434-7521



# Property Account Summary

5/11/2026

Click image above for more information

| Account Number | 66831 | Property Address | 17025 NE CHEHALEM DR , NEWBERG, OR 97132 |
|---|---|---|---|

## General Information

| | |
|---|---|
| Alternate Property # | R3301 00501 |
| Property Description | See Metes & Bounds |
| Property Category | Land &/or Buildings |
| Status | Active, Locally Assessed, Use Assessed |
| Tax Code Area | 29.2 |
| Remarks | POTENTIAL ADDITIONAL TAX LIABILITY |

## Tax Rate

| Description | Rate |
|---|---|
| Total Rate | 13.0618 |

## Property Characteristics

| | |
|---|---|
| Neighborhood | Rural Grand Island |
| Land Class Category | 501 Farm EFU Not receiving FUV/imp |
| Account Acres | 9.4300 |
| Change Property Ratio | Farm |

## Parties

| Role | Name |
|---|---|
| Owner | FONTAINE RACHEAL S |
| Owner | FONTAINE ZACHARY |
| Owner | CONNELL ANITA L TRUSTEE FOR |
| Owner | CONNELL LIVING TRUST |

Exhibit 15 3 of 5 C

Yamhill County, Oregon

"In the heart of the Willamette Valley"

535 NE 5th Street
McMinnville, OR 97128
503-434-7521



# Property Account Summary

5/11/2026

Click image above for more information

| | | | |
|---|---|---|---|
| Account Number | 66779 | Property Address | 17705 NE CHEHALEM DR , NEWBERG, OR 97132 |

## General Information

| | |
|---|---|
| Alternate Property # | R3301 00200 |
| Property Description | See Metes & Bounds |
| Property Category | Land &/or Buildings |
| Status | Active, Locally Assessed |
| Tax Code Area | 29.2 |
| Remarks | |

## Tax Rate

| Description | Rate |
|---|---|
| Total Rate | 13.0618 |

## Property Characteristics

| | |
|---|---|
| Neighborhood | Rural Grand Island |
| Land Class Category | 401 Tract Residential Improved |
| Account Acres | 15.7100 |
| Change Property Ratio | Tract Land |

## Parties

| Role | Name |
|---|---|
| Owner | FETTIG JIM TRUSTEE |
| Owner | FETTIG LIVING TRUST |

## Related Properties

Exhibit 15
4 of 5

Oregon Real Estate Agency

Scroll down to see Disciplinary Actions for the listed licensee. If Disciplinary Actions do not appear, it means the Agency has no record of administrative actions taken on this licensee.

# Lookup Detail View

**Name and Address**

| Name | Alternative Name Used in Advertising | Address |
|---|---|---|
| Heidi L Thomason | | 17125 NE Chehalem Dr.<br>Newberg, OR 97132 |

**License Information**

| License | License Type | Expiration Date | Status | Document(s) |
|---|---|---|---|---|
| 201243394 | Principal Broker | 09/30/2026 | ACTIVE | |

**Affiliated With**

| Name | Address | License | License Type | Status | Affiliation Date |
|---|---|---|---|---|---|
| PREMIERE PROPERTY GROUP, LLC | 5000 Meadows Rd<br>Ste 150<br>Lake Oswego, OR<br>97035-2231 | 200906079 | Registered Business Name | ACTIVE | 09/20/2024 |

Generated on: 7/21/2026 7:18:29 AM

Exhibit 15
5 of 5